UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:07-CR-2016-IEG |
| ) | |
| Plaintiff, ) | **ORDER GRANTING** |
| ) | **DEFENDANT'S MOTION TO REDUCE** |
| v. ) | **AMOUNT OF PERSONAL APPEARANCE** |
| ) | **BOND AND TO RELEASE PROPERTY** |
| JEFFERY A. LIGHT (14), ) | **USED TO SECURE BOND** |
| ) | |
| Defendant. ) | |
| _____ ) | |

ON THIS DAY came on to be heard Defendant's Motion to Reduce Amount of Personal Appearance Bond and to Release Property Used to Secure Bond; and after having considered the pleadings and arguments of counsel, the Court is of the opinion that said motion should be and the same is hereby in all respects GRANTED.

IT IS SO ORDERED.

**DATED: September 28, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

**ORDER GRANTING DEFENDANT'S MOTION TO REDUCE AMOUNT OF PERSONAL APPEARANCE BOND AND TO RELEASE PROPERTY USED TO SECURE BOND - SOLO PAGE**