1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. 07cr2016-IEG

12                              Plaintiff,        Order Construing Brief as Motion to
                 vs.                              Dismiss; Requiring Government to
13                                                Show Cause
     DOLORES LOVIN (5); MARY
14   ARONSON (6); PHILIP JAMES BIDWELL
     (12); RICHARD EDWARD KOCH (11);
15   JEFFREY A. LIGHT (14); TRACY O'NEAL
     TYLER (15); PETER P. BRAGANSA (16),
16
                              Defendants.
17

18          Defendant Jeffrey Light has filed a status report regarding his forensic expert's

19   examination of the original two AffPower servers which the government obtained from Cyprus in

20   2007. Throughout the proceedings in this case, government counsel has unequivocally represented

21   that the AffPower servers were wiped clean by the servicer who maintained those servers in

22   Cyprus before they came into the government's possession.  Government counsel unequivocally

23   represented the servers were blank, or contained only useless data.  Based upon these

24   representations, the Court denied defense counsel's requests to have the original data produced

25   prior to the first trial.  Furthermore, the Court permitted the government to introduce summary

26   exhibits at the first trial, created from the data which Mr. Appleyard copied from the Affpower

27   servers, based upon the government's representations the original data was not available for

28   inspection.

                                    - 1 -                              07cr2016

1    Current government counsel recently granted Defendant Light's computer expert access to

2    the servers to conduct a forensic examination.  The defense expert has written a report, dated

3    January 11, 2010, stating that most if not all of the data still resides on one group of six drives,

4    including order numbers, email addresses, physical addresses, etc, such that it is clear the drives

5    were not "wiped clean."  Furthermore, as to a second group of 14 drives, defendant's expert opines

6    that a great deal, if not all the data, still resides on the drives, and could very possibly be read and

7    translated with the proper programming.  Finally, defendant's expert indicates there exists on the

8    drives a forensic report regarding examination of the servers.

9    This new information, coupled with the government counsel's disclosure on November 10,

10   2009, of 386,506 new transactions which were discovered but not disclosed to counsel or the

11   Court during the course of the first trial, raises serious questions regarding the reliability and

12   authenticity of the evidence the government has used to prosecute this case.  Furthermore, these

13   recent disclosures raise questions regarding the reliability and candor of the government's

14   representations regarding its compliance with discovery obligations.

15   Therefore, the Court construes Defendant Light's report as a motion to dismiss.  The

16   government is hereby ordered to show cause why this case should not be dismissed for failure to

17   comply with discovery obligations, for failure to disclose the existence of the numerous additional

18   transactions which were discovered during the first trial, and for misrepresenting that the original

19   data on the Cyprus servers no longer exists because the servers were wiped clean before they came

20   into the government's possession.  The government is ordered to file a written response, with

21   supporting declarations as appropriate, on or before *January 20, 2010.*  Defense counsel may file a

22   reply on or before *January 22, 2010.*  A hearing will be held before Chief Judge Irma E. Gonzalez

23   on *Wednesday, January 27, 2010, at 9:00 a.m.*

24   **IT IS SO ORDERED**.

25   **DATED:  January 13, 2010**

26   **IRMA E. GONZALEZ, Chief Judge**

27   **United States District Court**

28